Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ALEX HARPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC., a Minnesota corporation, and BEST BUY STORES, L.P., a Virginia company,<br><br>Defendants. | Case No.: 2:25-cv-00979-MJP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR DEFENDANTS BEST BUY CO., INC. AND BEST BUY STORES, L.P. TO RESPOND TO COMPLAINT |

The Court, having considered the Parties Stipulated Motion Extending Time for Defendants Best Buy to Respond to the Complaint, dated May 27, 2025, the Court GRANTS the Stipulated Motion and ORDERS as follows:

    1.    Best Buy shall have, including and up to, June 12, 2025 to respond to the Complaint.

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT - 1
Case No. 2:25-cv-00979-MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this __30__ day of _May_____, 2025.

*[signature]*
_____
Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED
MOTION EXTENDING TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT - 2
Case No. 2:25-cv-00979-MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001