Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEX HARPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC., a Minnesota corporation, and BEST BUY STORES, L.P., a Virginia company,<br><br>Defendants. | Case No.: 2:25-cv-00979-MJP<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FURTHER EXTENDING TIME FOR DEFENDANTS BEST BUY CO., INC. AND BEST BUY STORES, L.P. TO RESPOND TO COMPLAINT |

The Court, having considered the Parties' Stipulated Motion Further Extending Time for Defendants Best Buy Co., Inc. and Best Buy Stores, L.P. to Respond to Complaint, dated June 6, 2025, GRANTS the Stipulated Motion and ORDERS as follows:

Defendant Best Buy shall have, including and up to, July 9, 2025 to respond to the Complaint.

//

//

//

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION - 1
Case No. 2:25-cv-00979-MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 20th day of June, 2025.

*[signature]*

The Honorable Marsha J. Pechman

[PROPOSED] ORDER GRANTING STIPULATED MOTION - 2
Case No. 2:25-cv-00979-MJP